546

No. 804. MARTIN v. UNITED STATES. April 18, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Talma L. Smith* for petitioner. *Solicitor General Thacher, Assistant Attorney General St. Lewis,* and *Messrs. Whitney North Seymour, W. Clifton Stone,* and *Wm. H. Riley, Jr.,* for the United States.

No. 806. MUIR, ADMINISTRATOR, v. FIDELITY & DEPOSIT COMPANY OF MARYLAND. April 18, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Eugene Hubbard* for petitioner. *Mr. Wm. Marshall Bullitt* for respondent.

No. 808. FIRE COMPANIES BUILDING CORP. v. COMMISSIONER OF INTERNAL REVENUE. April 18, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. James L. Fort* and *O. H. B. Bloodworth, Jr.,* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, John Henry McEvers,* and *Wilbur H. Friedman* for respondent.

No. 810. LOUISVILLE & NASHVILLE R. Co. v. LONG. April 18, 1932. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *Messrs. James G. Johnson, James B. Wright,* and *Williston M. Cox* for petitioner. *Messrs. James A. Fowler* and *Jesse L. Rogers* for respondent.

No. 832. A. B. LEACH & Co., INC. v. GRANT, RECEIVER. April 18, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.